Frances E. Roberts, as Administratrix, etc., Appellant, v. The Town of Farmington, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.